IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN HARRIS,

       Petitioner,

v.

JEFFREY WOLFE, Warden,

       Respondent.

CASE NO. 2:07-cv-1302
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On April 3, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's recommendations, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

       IT IS SO ORDERED.

5-19-2009

EDMUND A. SARGUS, JR.
United States District Judge