AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRIAN HARRIS**

      **Petitioner,**

                                     **JUDGMENT IN A CIVIL CASE**

**v.**

**JEFFREY WOLFE, Warden,**          **CASE NO. C2-07-1302**
                                               **JUDGE EDMUND A. SARGUS, JR.**
      **Respondent.**                       **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed May 20, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 20, 2009                                     JAMES BONINI, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk